# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SAMUEL MACCHEAK**                                                                   **PLAINTIFF**

**v.**                          **4:21-CV-01217-BRW**

**BAPTIST HEALTH**                                                 **DEFENDANT**

## JUDGMENT

Based on the Order entered June 13, 2023, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of July, 2023.

                                           \_\_\_\_\_BILLY ROY WILSON_____
                                           UNITED STATES DISTRICT JUDGE